| | | | |
|---|---|---|---|
| Case No. | **CV 19-08971-VBF (SHK)** | Date: | December 4, 2019 |
| Title: | *Rosalba C. Lartundo v. Andrew Saul, Acting Commissioner of Social Security* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On October 17, 2019, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.  Electronic Case Filing Number ("ECF No.") 1, Complaint.  On October 23, 2019, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file a proof of service within **thirty** (30) days of the CMO issuing.  ECF No. 7, CMO.  The CMO warned Plaintiff that failure to comply may result in dismissal of the case.  Id.  To date, the proof of service has not been filed with the Court.

Accordingly, Plaintiff is ordered to show cause no later than **December 16, 2019,** why this case should not be dismissed for failure to prosecute.  Filing the proof of service by December 16, 2019, shall constitute compliance with this Order.

**IT IS SO ORDERED**