JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALBA C. LARTUNDO, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>ANDREW M. SAUL, Comm'r of Soc. Sec.,<br><br>     Defendant. | Case No. 2:19-cv-08971-VBF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' filings, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment be entered **AFFIRMING** the final decision of the Commissioner of the Social Security Administration and **DISMISSING** the case with prejudice.

Dated:  September 22, 2021   . /s/ Valerie Baker Fairbank .

               HON. VALERIE BAKER FAIRBANK
                Senior United States District Judge