JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROSALBA C. LARTUNDO and JASMINE MARIE SOLORZANO,** | No. LA CV 19-08971-VBF-SHK |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL (Commissioner of Social Security), | |
| Defendant. | |

IT IS ADJUDGED that the final decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED without prejudice.

Dated: September 22, 2021

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge